**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES CORTEZ ARNOLD**                                            **PETITIONER**
**ADC #114047**

v.                 **No. 5:12CV00351 KGB-JTR**

**RAY HOBBS, Director,**                                                 **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Respondent's Motion to Transfer (Dkt. No. 7) is GRANTED; and

2. The Clerk of the Court is directed to immediately transfer petitioner's entire case file to the United States District Court for the Northern District of Mississippi, Oxford Division.

DATED this 29th day of May, 2013.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge